IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DON WOOD, individually,**
**CAREY EBERT, as trustee of the**
**Chapter 7 Bankruptcy Proceeding**
**for Donald and Kay Wood,**

    **Plaintiffs,**

v.                                                                                                 3:07cv95/MCR/EMT

**DONALD RICKEY GREEN, individually;**
**EMILY MELINDA GREEN, individually;**
**and FLORIDA CLAIMS CONSULTANTS, INC.**
**n/k/a GREEN STATE PUBLIC ADJUSTERS,**
**INC., a Florida Corporation,**

    **Defendants,**

v.

**KAY WOOD; SUNCOAST CLAIMS, INC.,**
a Florida Corporation,
**STORM CONTRACTING, INC., a Florida**
Corporation;
**SYLVENTION, INC., d/b/a HABITECH,**

    **Third-Party Defendants.**
_____/

## ORDER AND NOTICE

    The motion for summary judgment filed by Plaintiffs Don Wood and Carey Ebert (doc. 63) and the motion for summary judgment filed by Defendants Donald Rickey Green, Emily Melinda Green, and Florida Claims Consultants, Inc. (doc. 70) will be taken under advisement by the Court on **December 21, 2007**. The parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules

of Civil Procedure *before* the above date.[1] Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.

The motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.  FED. R. CIV. P. 56.

As a final matter, the court directs Plaintiffs and Defendants to submit hard (i. e., paper) copies of their motions for summary judgment and all exhibits, along with any other evidentiary materials they may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **December 21, 2007**.  Likewise, Plaintiffs and Defendants, upon filing their responses to the motions for summary judgment and any additional evidentiary material, should also submit hard copies to chambers.

**DONE and ORDERED** on this 4th day of December, 2007.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The response to a motion for summary judgment must be filed within the time prescribed by the Federal and Local Rules or as otherwise directed by the court.