IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DON WOOD, individually,
CAREY EBERT, as trustee of the
Chapter 7 Bankruptcy Proceeding
for Donald and Kay Wood,

       Plaintiffs,

v.                                                     Case No.: 3:07cv95/MCR/EMT

DONALD RICKEY GREEN, individually;
EMILY MELINDA GREEN, individually;
and FLORIDA CLAIMS CONSULTANTS, INC.
n/k/a GREEN STATE PUBLIC ADJUSTERS,
INC., a Florida Corporation,

       Defendants/Third-Party Plaintiffs,

v.

KAY WOOD; SUNCOAST CLAIMS, INC.,
a Florida Corporation,
STORM CONTRACTING, INC., a Florida
Corporation;
SYLVENTION, INC., d/b/a HABITECH,

       Third-Party Defendants.
_____/

**O R D E R**

      A pretrial conference was held in this matter on September 8, 2008. Present were Mr. Smith for Plaintiffs and Mr. Borowski and Mr. Duncan for Defendants. The following matters were discussed and agreed upon:

      1.    Trial will begin on September 15, 2008, at 9:00 am with jury selection. The court will meet with the attorneys at 8:30 am.

      2.    Eight (8) jurors will be selected. Each party will have four (4) peremptory challenges. No back striking will be allowed. Juror questionnaires will be provided to the

parties prior to jury selection and collected at the conclusion of jury selection. No alternates will be selected.

3. Voir dire will be conducted by the court. The parties indicated they would not submit proposed voir dire questions.

4. The parties are instructed that if settlement is reached, and thus it is unnecessary to summon jurors, the court must be notified not later than Friday, September 12, 2008, at 3 pm (cst); otherwise the parties will bear the cost of summoning the jurors should a settlement be reached.

5. Any special request for court reporter services, such as daily copy, must have been submitted to the court reporter, Gwen Kesinger, by close of business on Monday, September 8, 2006.

6. Each side will be provided an attorney conference room in which they may maintain their exhibits when not in use.

7. Attorneys are allowed to have cellphones and laptops in the courthouse. Laptops can be used in the courtroom. Cellphones, however, must be left in the attorney conference rooms.

8. During trial, attorneys should not disengage their microphones.

9. A party seeking to invoke the rule of sequestration must do so at trial.

10. Trial schedule will be each day from 8:30 am to 5:30 pm, with one twenty (20) minute break in the morning and one twenty (20) minute break in the afternoon. Lunch will usually be one (1) hour. After Monday, September 15, 2008, the court will meet with the attorneys on each trial day at 8:00 am.

11. The jury in this case will be allowed to take notes during the trial.

12. Opening statements will begin following jury selection on Monday, September 15, 2008.

13. Counsel will notify each other of the next day's witnesses at the close of trial the day prior.

14. The court heard argument on plaintiffs' Motion in Limine (doc. 157). Per the parties' agreement, the motion is denied without prejudice to plaintiffs' ability to raise the issue

at trial if necessary based on the evidence.

      15.    In preparing to present this case, counsel should familiarize themselves with the requirements of the Addendum to the Local Rules of the Northern District of Florida on Customary and Traditional Conduct and Decorum in the United States District Court, which the court expects to be observed during the course of this trial.  Counsel should also re-familiarize themselves with the proper method of impeaching a witness based on a prior inconsistent statement.

      DONE and ORDERED this 11th day of September, 2008.


            *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**