**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DON WOOD, individually,
CAREY EBERT, as trustee of the
Chapter 7 Bankruptcy Proceeding
for Donald and Kay Wood,

      Plaintiffs,

v.                                                                  CASE NO.:  3:07cv95/MCR/EMT

DONALD RICKEY GREEN, individually;
EMILY MELINDA GREEN, individually;
and FLORIDA CLAIMS CONSULTANTS, INC.
n/k/a GREEN STATE PUBLIC ADJUSTERS,
INC., a Florida Corporation,

      Defendants/Third-Party Plaintiffs,

v.

KAY WOOD; SUNCOAST CLAIMS, INC.,
a Florida Corporation,
STORM CONTRACTING, INC., a Florida
Corporation;
SYLVENTION, INC., d/b/a HABITECH,

      Third-Party Defendants.
_____/

**O R D E R**

      This cause will be brought on for jury trial commencing September 15, 2008.  In the court's review and preparation for same, it is unclear as to who will be attending trial on behalf of  Defendant,  Florida  Claims  Consultants,  Inc.,  and  Third-Party  Defendants,  Storm Contracting, Inc. and Sylvention, Inc d/b/a Habitech.  This matter was not raised or referenced

in the parties' Pretrial Stipulation, therefore, it was not addressed at the pretrial conference. Counsel shall file a written response by close of business today identifying by name the representatives who will be attending trial on behalf of the corporate parties to this action.

DONE AND ORDERED on this 11th day of September, 2008.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**